AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Roberto CENTENO-Zuniga<br>Mexican National<br>YOB 1969<br><br>*Defendant(s)* | Case No. 7:18mj 2419 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 26, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code § 841 | defendant did knowingly and intentionally posses with the intent to distribute approximately 1.06 kilograms of cocaine a scheduled II controlled substance |
| 21 United States Code § 952 | did knowingly and intentionally import from the United Mexican states into the United States approximately 1.06 kilograms of cocaine a scheduled II controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Laurence Diamond, HSI-SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/27/2018  ~ 8:03 a.m.

_____
*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

Attachment "A"

On November 26, 2018, Homeland Security Investigations (HSI), McAllen, Texas, was notified by US Customs and Border Protection (CBP) that Roberto CENTENO-Zuniga made entry into the United States via the Hidalgo Port of Entry in Hidalgo, Texas. CENTENO-Zuniga was the driver of a gray Jeep Cherokee displaying Texas license plates GVV4451. CENTENO-Zuniga was selected for a secondary inspection.

During secondary inspection CBP Officers discovered one package of suspected narcotics under the front passenger seat of the Jeep Cherokee. A CBP canine inspection of the package resulted in a positive alert to the odor of narcotics. A probe of the package revealed a white powdery substance that field tested positive for cocaine. The single brick was weighed on a CBP calibrated scale and resulted in a total weight of 1.06 kilograms.

HSI McAllen Special Agents and Task Force Officers responded to the Hidalgo Port of Entry to interview CENTENO-Zuniga. CENTENO-Zuniga was read the Miranda Warnings which he waived and voluntarily agreed to speak with Agents. CENTENO-Zuniga was interviewed post-Miranda and admitted culpability stating he knew he was transporting cocaine and expected to get paid $700.00 USD to smuggle the narcotics into the United States.